Clerk of Court
United States District Court
Central District of Illinois
Pro Se Civil Rights Complaint(Non-Prisoner)

19-CV-2297

Azmiyah Island Bey aka Alexandria Annie Washington (Moor American National) now comes requesting this Court opens and accepts a case and proper complaint suit with a civil rights complaint under 28 USC 1331 28 USC 1343(a)(3) and 42 USC 1983. Against the following Government Agencies as a whole and individually :

FILED
NOV - 1 2019
CLERK OF THE COURT
U.S. DIST   T COURT
CENTRAL DIST    OF ILLINOIS
URBA        OIS

1. **James Glenn**   Judge of Coles County Courthouse
   651 Jackson St Charleston Illinois 61920.
2. **Brian Bower**   States Attorney Coles County
   651 Jackson St Charleston Il 61920
3. **Matthew Sullivan**   Judge Coles County Courthouse
   651 jackson st Charleston Ill 61920
4. **Marnita & Jerry Yoder**   Member of Village of Arthur (Amish Culture) Arthur Illinois
5. **Marc D. Smith**   Acting Director of Illinois DCFS
   406 East Monroe Street Springfield, Illinois 62701
6. **Charles A. Montorio-Archer**   Director of ONE HOPE UNITED Illinois
   333 South Wabash Ave. Suite 2750 Chicago, IL 60604

Between the time of 08/12/2011 to the Present the above listed State / Government Agents, Agencies or head of the Agencies in which the Complaint is filed against are responsible whether directly or indirectly via Agents employed by their Agency for the violation of My Civil, Constitutional Rights, Rights of Indigenous People, Violation of Peace Treaties during the Kidnap of my daughter M.B. born 06/01/2011 from my care.

*Violations*
*Due Process via 5th and 14th amendment*  Failed to acknowledge all allegations were dropped and continued a case with the kidnap of a Minor M.B.
*Right to a Nationality 4th amendment* ( Moor American National Placed on file several time and failed to adhere or release the capture of M.B.)
*"Rights of Indigenous People" Part II- Section 6,* wherein it states with no uncertain terms, that your children cannot be taken away from you under any pretext, that means for no reason at all, they cannot find one nor make one up. *Human trafficking is a crime of genocide.*
*9th* Amendment Right to Privacy and Liberty
*The Universal Declaration Of Human Rights: Article 15:*
(1) Everyone has the right to a nationality.
(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.
*M.B. is NOT a WARD OF THE STATE OF ILLINOIS*

*Complaints for Violations:*
Plaintiff asserts that defendants deprived her of her due process rights under the Fifth Amendment by the unlawful Kidnap of a Moor American National child (Non-Ward of Illinois) and her equal protection rights under the Fourteenth Amendment by failing to complete and issue their report within the time frames indicated by its rules, Discriminating against the Plaintiff's Mental Health as an Adolcendent. Kidnapping M.B. with a Voided Allegation 60. She alleges this action caused her to be terminated from her position, placing M.B. with an Amish Foster family Stripped M.B. of her Aboriginal Culture, caused language Barriers and the Defendants demands for child support caused her to be evicted from her dwelling based on unsubstantiated allegations of child abuse, injuries environment and a voided allegation 60 used to contunue Kidnap of M.B. depriving her of employment in child care facilities or any local companies due to the defamation of character as a Moor American National labeling the Plaintiff as a local Terrorist.

*Remedy:*
She seeks: (1) Immediate custody and return of M.B. to the Plaintiff from Marnita & Jerry Yoder of Arthur Illinois. (2) a declaration by this court barring DCFS from issuing an "indicated" report or revoking Parental Rights without cause; (3) Immediately Reinstate Parental Rights to Plaintiff (3)a preliminary and permanent injunction enjoining defendants from filing the report with the SCR ; (4) a mandatory injunction compelling DCFS and SCR to expunge the report and all records related to the investigation and to deliver all reports and records to plaintiff, and (5) $3million Dollars per year for damages, loss of enjoyment of life and violation of the plaintiff and her daughter M.B. Birthrights. The Defendants shall be charged for the Unlawful kidnapping of M.B. starting 08/12/2011 until her Safe return.

*US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980)*
*Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)*
"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason."
*Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).*
"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."
*Boyd v. U.S., 116 U.S. 616*
"The court is to protect against any encroachment of Constitutionally secured liberties."
*Marbury v. Madison, 5 US 137*
"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."

*Lawful / Legal Notice and Warning*
Federal Law provides that it is a crime to violate the Rights of the people under the Color-Of-Law.You can be held personally liable for violating the Personal Liberties of the People, and for committing 'Fraud'. Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, is not only Fraud, it is a felony and is Treason. Law being the American Constitution, pursuant to Article VI, as well the USC

Codes, which are in harmony with the American Constitution of 1791: *Title 18, Part 1, Chapter 13 §241, §242, and §245* of United States Codes of Law:

*18 USC §241*: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or. If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggrivated sexual abuse or an attempt to commit aggrivated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

*18 USC §242*: Whoever, under `color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

*18 USC §245:* provides that Whoever, whether or not acting under color of law, intimidates or interferes with any person from

participating in or enjoying (the estate, identified as) any benefit, service, privilege, program, facility or activity, provided or

administered by (a person / agent / Officer / Public Servant, operating through an agency, corporation, or association of) the

United States; [or] applying for or enjoying employment or any prerequisite thereof, by any agency of the united states; shall

be fined under this title, or imprisoned not more than one year, or both.

*[signatures]*

Azmiyah Island Bey aka Alexandria Washington
Moor American National in Honor
All Rights Reserved without prejudice
℅ 4010 Princeton pl sw
Atlanta Georgia